# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br>Arthur Picanco<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      24-mj- 301-01-AJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 14, 2024  in the county of  Hillsborough  in the
_____ District of  New Hampshire , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a)(1), (b)(1) and §1594 | Attempted sex trafficking of a minor |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

/s/ Lori Robinson
*Complainant's signature*

Lori Robinson, HSI, Special Agent
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: **Nov 15, 2024**

Andrea K. Johnstone
*Judge's signature*

City and state:  Concord, New Hampshire          Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset